# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Shonda Yvette Burgos a/k/a Shonda Yvette Williams

Debtor(s)

CHAPTER 7

BKY. NO. 23-70224 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of FLAGSTAR BANK, N.A., and index same on the master mailing list.

Respectfully submitted,

/s/ Denise Carlon
Denise Carlon
17 Jul 2023, 17:27:38, EDT

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com