FILED
7/18/2023 4:02 p.m.
CLERK
U.S. BANKRUPTCY
COURT - WDPA

23-70224-JAD

Certificate Number: 01721-PAW-CC-037601356



01721-PAW-CC-037601356

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 18, 2023</u>, at <u>2:08</u> o'clock <u>PM EDT</u>, <u>Shonda Burgos</u> received from <u>Advantage Credit Counseling Service, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Western District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>July 18, 2023</u>

By:  <u>/s/Pam Miller</u>

Name:  <u>Pam Miller</u>

Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).