**Fill in this information to identify the case:**

Debtor: Shonda Yvette Burgos

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (If known): 23-70224-JAD

RECEIVED
JUL 21 2023
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address:
Huntington Bank
41 S High Street
Columbus, Ohio 43219

Date or dates debt was incurred: 10/18/2018

Last 4 digits of account number: 5009

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 2 )

As of the petition filing date, the claim is: $ 21,000.00
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Contractual agreement

Is the claim subject to offset?
☐ No
☑ Yes

Total claim: $21,000.00
Priority amount: $11,000.00

**2.2** Priority creditor's name and mailing address:
Weltman Weinberg & Reis
436 7th Avenue Suite 2500
Pittsburgh, PA 15219

Date or dates debt was incurred: 09/2018 / 12/2022

Last 4 digits of account number: 9595

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( b )

As of the petition filing date, the claim is: $ 2838.00
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Non-contractual agreement

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $2838.00
Priority amount: $2838.00

**2.3** Priority creditor's name and mailing address:
Midland Credit Management
350 Camino Del La Reina
San Diego, CA 92108

Date or dates debt was incurred: 08/31/2022

Last 4 digits of account number: 1802

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 2 )

As of the petition filing date, the claim is: $ 280
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Non-contractual agreement

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $280
Priority amount: $280

Debtor **Shonda Ivette Burgas**
     Name

Case number (if known) **23-70224-JAD**

# Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2._** Priority creditor's name and mailing address

Discover Bank
PO Box 15316
Wilmington, DE 19850

Total claim: $2838.00
Priority amount: $2838.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred: 09/2018

Last 4 digits of account number: 9595

Basis for the claim: contractual agreement

Is the claim subject to offset?
☐ No
☑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( b )

---

**2._** Priority creditor's name and mailing address

Comenity Bank/NYK&CO
PO Box 182789
Columbus, OHIO 43218

Total claim: $1,070
Priority amount: $1,070

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred: 05/06/2016

Last 4 digits of account number: 5637

Basis for the claim: credit card

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 2 )

---

**2._** Priority creditor's name and mailing address

Fingerhut WebBank
6250 Ridgewood Road
St. Cloud, MN 56303

Total claim: $1711.00
Priority amount: $1711.00

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred:

Last 4 digits of account number: 8097 10992

Basis for the claim: credit card

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ___ )

---

**2._** Priority creditor's name and mailing address

Comenity Capital/Boscov's
PO Box 182120
Columbus, Ohio 43218

Total claim: $290.00
Priority amount: $290.00

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred: 03/24/2019

Last 4 digits of account number: 8097

Basis for the claim: credit card

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( b )

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1 of 11

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount of claim |
|---|---|---|---|
| 3.1 | Breezeline<br>43920 Airport View Drive<br>Hollywood, MD 20636-3105<br>Date or dates debt was incurred: 2011<br>Last 4 digits of account number: 7192 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Credit<br>Is the claim subject to offset?<br>☑ No  ☐ Yes | $400.00 |
| 3.2 | Altoona Water Authority<br>900 Chestnut Avenue<br>Altoona, PA 16602<br>Date or dates debt was incurred: ___<br>Last 4 digits of account number: 3513 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: ___<br>Is the claim subject to offset?<br>☑ No  ☐ Yes | $300.00 |
| 3.3 | Penelec / First Energy<br>415 Liberty Blvd<br>DuBois, PA 15801<br>Date or dates debt was incurred: ___<br>Last 4 digits of account number: 3553 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: ___<br>Is the claim subject to offset?<br>☑ No  ☐ Yes | $57.00 |
| 3.4 | People's Gas<br>PO Box 535323<br>Pittsburgh, PA 15212<br>Date or dates debt was incurred: 9/2010<br>Last 4 digits of account number: 4030 | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Utility<br>Is the claim subject to offset?<br>☑ No  ☐ Yes | $155.00 |
| 3.5 | Internal Revenue Service<br>Dept. of Treasury AUR 5-E08-113<br>Philadelphia, PA 19255-0521<br>Date or dates debt was incurred: ___<br>Last 4 digits of account number: ___ | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>Basis for the claim: ___<br>Is the claim subject to offset?<br>☑ No  ☐ Yes | $647.00 |
| 3.6 | Altoona Tax Office<br>Blair County - 1419 3rd Ave<br>PO Box 307 Duncansville, PA 16635<br>Date or dates debt was incurred: 2019, 2022<br>Last 4 digits of account number: ___ | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: ___<br>Is the claim subject to offset?<br>☑ No  ☐ Yes | $800.00 |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | GEICO<br>PO Box 9515<br>Fredericksburg, VA 22403 | Line ____<br>☑ Not listed. Explain Addition | ---- |
| 4.2. | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131 | Line ____<br>☑ Not listed. Explain Addition | 7805 |
| 4.3. | KML Law Group<br>Suite 5000 BNY Independence Center<br>701 Market Street Philadelphia, PA 19106 | Line ____<br>☑ Not listed. Explain Addition | ---- |
| 4.4. | University Orthopedic<br>101 Regent Court<br>State College, PA 16801-7965 | Line ____<br>☑ Not listed. Explain Addition | 9139 |
| 4.1 | Nason Hospital | Line ____<br>☐ Not listed. Explain | ---- |
| 4.5. | Midland Credit Management<br>320 E Big Beaver Rd Ste. 300<br>Troy, MI 48083 | Line ____<br>☑ Not listed. Explain Addition | 1267 |
| 4.6. | Midland Credit Management<br>320 E Big Beaver Rd Ste. 300<br>Troy, MI 48083 | Line ____<br>☑ Not listed. Explain Addition | 1802 |
| 4.7. | PSECU<br>1500 Elmerton Avenue<br>Harrisburg, PA 17110 | Line ____<br>☑ Not listed. Explain Addition | 3784 |
| 4.8. | Portfolio Recovery Associates<br>120 Corporate Boulevard Ste. 100<br>Norfolk, VA 23502 | Line ____<br>☑ Not listed. Explain Addition | 4599 |
| 4.9. | Resurgent / LVNV Funding<br>PO Box 1269<br>Greenville, SC 29602 | Line ____<br>☑ Not listed. Explain Addition | 6645 |
| 4.10. | Pfeffer Orthodontics<br>508 Logan Blvd<br>Altoona, PA 16602 | Line ____<br>☑ Not listed. Explain Addition | ---- |
| 4.11. | M&T Bank<br>PO Box 1302<br>Buffalo, NY 14240-1302 | Line ____<br>☑ Not listed. Explain Addition | ---- |

Debtor: Shonda Yvette Buggs
Case number (if known): 23-70224-JAD

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.__** Nonpriority creditor's name and mailing address:
Altoona Area School District
PO Box 1967
Altoona, PA 16603

Date or dates debt was incurred: 2021, 2022
Last 4 digits of account number: 2607

As of the petition filing date, the claim is:
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: school tax
Is the claim subject to offset? ☑ No ☐ Yes

Amount of claim: $900.00

---

**3.__** Nonpriority creditor's name and mailing address:
Flagstar Bank
5151 Corporate Drive
Troy, MI 48098-2639

Date or dates debt was incurred: 02/15/2019
Last 4 digits of account number: 6573

As of the petition filing date, the claim is:
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: contractual agreement
Is the claim subject to offset? ☑ No ☐ Yes

Amount of claim: $6800.00

---

**3.__** Nonpriority creditor's name and mailing address:
Portfolio Recovery Associates
120 Corporate Boulevard Ste. 100
Norfolk, VA 23502

Date or dates debt was incurred: 08/20/2022
Last 4 digits of account number: 4585

As of the petition filing date, the claim is:
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: credit card
Is the claim subject to offset? ☑ No ☐ Yes

Amount of claim: $812.00

---

**3.__** Nonpriority creditor's name and mailing address:
LVNV Funding LLC
55 Beattie Place
Greenville, SC 29601

Date or dates debt was incurred: 04/16/2021
Last 4 digits of account number: 4196

As of the petition filing date, the claim is:
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Collections
Is the claim subject to offset? ☑ No ☐ Yes

Amount of claim: $978.00

---

**3.__** Nonpriority creditor's name and mailing address:
Verizon Wireless / Southeast
P.O. Box 26055 Nat'l Recovery Dept
Minneapolis, MN 55426

Date or dates debt was incurred: 04/25/2014
Last 4 digits of account number: 4389

As of the petition filing date, the claim is:
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Collections
Is the claim subject to offset? ☑ No ☐ Yes

Amount of claim: $2,285.00

---

**Part 3:    Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.__ | Credit Control LLC<br>PO Box 51790<br>Livonia, MI 48151-5790 | Line ____<br>☑ Not listed. Explain Addition | 5790 |
| 4.__ | NACS<br>2810 Walker Road<br>Chattanooga, TN 37421-1082 | Line ____<br>☑ Not listed. Explain Addition | 1086 |
| 4.__ | Credit Management Company<br>Foster Plaza Building 7 1661 Anderson Dr.<br>Suite 110 Pittsburgh, PA 15220 | Line ____<br>☑ Not listed. Explain Addition | 2798 |

Debtor  Rhonda Yvette Lucas
         Name

Case number (if known) 23-70224-JAD

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 5909.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 2359.00 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 8,268.00 |

**Fill in this information to identify the case:**

Debtor name: Shonda Yvette Burgos

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (If known): 23-70224-JAD     Chapter 7

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor  Shonda Yvette Burgos　　　　Case number (if known) 23-70224-JAD
　　　　Name

▮ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

　Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

2.__  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.__  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.__  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.__  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.__  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.__  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.__  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Official Form 206G　　Schedule G: Executory Contracts and Unexpired Leases　　page ___ of ___

**Fill in this information to identify the case:**

Debtor name: Shonda Yvette Burgos

United States Bankruptcy Court for the: _____ District of _____ (State)

Case number (If known): 23-70224-JAD

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | Street / City / State / ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | | Street / City / State / ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street / City / State / ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street / City / State / ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.5 | | Street / City / State / ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.6 | | Street / City / State / ZIP Code | | ☐ D ☐ E/F ☐ G |

Official Form 206H                    Schedule H: Codebtors                    page 1 of

| Debtor | Shonda Yvette Burgos | Case number (if known) | 23-70224-JAD |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.__ | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.__ | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.__ | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.__ | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.__ | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.__ | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.__ | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.__ | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |