Form RSC

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 23−70224−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

   Shonda Yvette Burgos
   aka Shonda Yvette Williams
   1516 3rd Avenue
   Altoona, PA 16602

Social Security No.:
   xxx−xx−4203

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Shonda Yvette Burgos<br>1516 3rd Avenue<br>Altoona, PA 16602<br>Telephone number: | Lisa M. Swope, Chapter 7 Trustee<br>Neugebauer & Swope, P.C.<br>219 South Center Street<br>P. O. Box 270<br>Ebensburg, PA 15931<br>Telephone number: 814−472−7151 |

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
October 16, 2023
08:30 AM
341 Meeting will be conducted by phone, please consult
the docket or, case trustee for call information.

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF
CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY
THE CASE SHOULD NOT BE DISMISSED.**

Dated: 9/13/23

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 23-70224-JAD
Shonda Yvette Burgos  Chapter 7
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7   User: auto   Page 1 of 2
Date Rcvd: Sep 13, 2023   Form ID: rsc   Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shonda Yvette Burgos, 1516 3rd Avenue, Altoona, PA 16602-3608 |
| 15618087 | + | AASD Tax Office, PO Box 1967, Altoona, PA 16603-1967 |
| 15618085 | + | Blair County Tax Collection Bureau, 1419 3rd AVenue, PO Box 307, Duncansville, PA 16635-0307 |
| 15618083 | + | GEICO, PO Box 9515, Fredericksburg, VA 22403-9515 |
| 15618079 | | Midland Credit Management, 150 Camino De La Reina, Ste. 100, San Diego, CA 92108 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2023 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2023 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 13 2023 23:38:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15618073 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2023 23:51:36 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15618075 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2023 23:38:00 | Comenity Bank/NWYRK & Co., PO Box 182789, Columbus, OH 43218-2789 |
| 15618074 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2023 23:38:00 | ComenityCapital/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 15618072 | | Email/Text: mrdiscen@discover.com | Sep 13 2023 23:38:00 | Discover Bank, ATT: CMS/PROD Develop, PO Box 15316, Wilmington, DE 19850 |
| 15618084 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2023 23:38:00 | Dept of Treasury, Internal Revenue Service, AUR CORR 5-E08-113, Philadelphia, PA 19255-0521 |
| 15618076 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 13 2023 23:39:00 | Fingerhut/Webbank, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |
| 15618077 | + | Email/Text: bankruptcy@huntington.com | Sep 13 2023 23:39:00 | Huntington National Bank, PO Box 1558, Dept EA4W25, Columbus, OH 43216-1558 |
| 15618086 | ^ | MEBN | Sep 13 2023 23:34:37 | KML Law Group, Suite 5000 BNY Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15618080 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2023 23:51:37 | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-5115 |
| 15618078 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 23-70224-JAD    Doc 35    Filed 09/15/23    Entered 09/16/23 00:26:19    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 13, 2023 | Form ID: rsc | Total Noticed: 20 |

| | | | Sep 13 2023 23:52:06 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
|---|---|---|---|---|
| 15618081 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 13 2023 23:38:00 | Verizon Wireless/Southeast, PO Box 26055, National Recovery Dept MS 400, Minneapolis, MN 55426-0055 |
| 15618082 | + | Email/Text: pitbk@weltman.com | Sep 13 2023 23:38:00 | Weltman, Weinberg, Reis Co LPA, 436 7th Avenue Ste. 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK, N.A. |
| cr | | THE HUNTINGTON NATIONAL BANK |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE HUNTINGTON NATIONAL BANK bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor FLAGSTAR BANK  N.A. dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 6