FILED
9/20/2023 10:26 a.m.
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shonda Yvette Burgos | BK NO. 23-70224-JAD |
| a/k/a Shonda Yvette Williams | |
| **Shonda Yvette Burgos Debtor** | Chapter 7 |
| Respondent | |
| Vs. | |
| **THE HUNTINGTON NATIONAL BANK** | |
| Movant | |
| Lisa M. Swope, Trustee | |
| Additional Respondent | |

## NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE

## REGARDING MOTION OF THE HUNTINGTON NATIONAL BANK

## FOR RELIEF OF STAY

TO: Brian Nicholas, Esq.
KML LAW GROUP, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(412)- 430-3594

Motion to Dismiss due to **HUNTINGTON BANK'S** Mandatory Arbitration Clause.

Respondent:

/s/ Shonda Yvette Burgos

1516 3rd Avenue
Altoona, PA 16602