FILED
9/23/2023 11:51 A.M.
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Shonda Yvette Burgos, Debtor

Case No.   23-70224-JAD

Rel. Doc.  # 30

# Your credit reports



### Equifax – Credit report

**SHONDA Y BURGOS**
As of Sep 22, 2023

**FICO SCORE 8**   Equifax data Sep 22, 2023

# 542

**POOR**

300                                                                                                   850

## Personal information

**NAME**
SHONDA Y BURGOS

**ALSO KNOWN AS**
SHONDA Y WILLIAMS

**GENERATIONAL IDENTIFIER**
-

**YEAR OF BIRTH**
1976

**ADDRESSES**



# HNTINGTN NTL

## Balance details

| | |
|---|---|
| Paid off | - |
| Balance | - |
| Balance updated | Aug 31, 2023 |
| Original balance | $21,066 |

## Account info

| | |
|---|---|
| Account number | 200590X |
| Open/closed | Closed |
| Date opened | Oct 22, 2018 |
| Account type | Installment account |

## Payment summary

No payment history available to display.

| | |
|---|---|
| Status | Unrated or bankruptcy |
| Status updated | Aug 2023 |



**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizations
PO Box 8722 | Harrisburg, PA 17105-8722
T: 717.787.1057
dos.pa.gov/BusinessCharities

---

SHONDA BURGOS
1516 3RD AVE
ALTOONA, PA  16602

| | |
|---|---|
| Request Date: | 09/12/2023 11:39 AM |
| UCC11 No.: | 20230912208084 |
| Certification No. | 022027720 |

## UCC11 CERTIFIED SEARCH REPORT
UCC Processed Through: 09/06/2023 11:59 PM

**Search Criteria:**

Debtor Individual: SHONDA BURGOS | ALTOONA
Request Type:    Certified Lien Information Request (UCC 11)
Active (Unlapsed Records Only), List Only

I, Albert Schmidt, Secretary of the Commonwealth of Pennsylvania, do hereby certify that the listing below is a true and correct report of all presently effective Uniform Commercial Code filing(s) for the above search criteria which appear of record in this Department.

### Lien Listing

**No UCC Documents were found matching the criteria provided.**