**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Shonda Yvette Burgos a/k/a Shonda Yvette Williams<br>　　　　　　Debtor(s)<br><br>THE HUNTINGTON NATIONAL BANK<br>　　　　　　Movant<br>　　　v.<br>Shonda Yvette Burgos a/k/a Shonda Yvette Williams<br>　　　　　　Respondent<br>　　　and<br>TLisa M. Swope, Trustee<br>　　　　　　Additional Respondent | BK. NO. 23-70224 JAD<br><br>CHAPTER 7<br><br>Related to ECF No. 30<br>Hearing: October 3, 2023 at 10 a.m. |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　　AND NOW, this 3rd day of October, 2023,　at Pittsburgh, upon Motion of THE HUNTINGTON NATIONAL BANK, it is

　　　**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2016 Ford Explorer VIN# 1FM5K8D81GGB57659, , in a commercially reasonable manner.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEFFERY A. DELLER jah
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Case Administrator to serve:
　　Debtor

FILED
10/3/23 11:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70224-JAD |
| Shonda Yvette Burgos | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 2

Date Rcvd: Oct 03, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shonda Yvette Burgos, 1516 3rd Avenue, Altoona, PA 16602-3608 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE HUNTINGTON NATIONAL BANK bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor FLAGSTAR BANK N.A. dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Office of the United States Trustee | |

District/off: 0315-7 User: auto Page 2 of 2
Date Rcvd: Oct 03, 2023 Form ID: pdf900 Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6