**Form 144**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Shonda Yvette Burgos**
**aka Shonda Yvette Williams**
 Debtor(s)

Bankruptcy Case No.: 23−70224−JAD

Chapter: 7
Docket No.: 43

## NOTICE − REMINDER

    Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a ***Certification of Completion of Instructional Course Concerning Personal Financial Management*** (**Official Form B423**) is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

    ***CHAPTER 7 CASES* −** − *Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: October 30, 2023

Michael R. Rhodes, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70224-JAD |
| Shonda Yvette Burgos | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 30, 2023 | Form ID: 144 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

**Recip ID          Recipient Name and Address**
db          + Shonda Yvette Burgos, 1516 3rd Avenue, Altoona, PA 16602-3608

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:**

**Name          Email Address**

Brian Nicholas
    on behalf of Creditor THE HUNTINGTON NATIONAL BANK bnicholas@kmllawgroup.com

Denise Carlon
    on behalf of Creditor FLAGSTAR BANK  N.A. dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Lisa M. Swope, Chapter 7 Trustee
    on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Lisa M. Swope, Chapter 7 Trustee
    lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Office of the United States Trustee

District/off: 0315-7 | User: admin | Page 2 of 2
Date Rcvd: Oct 30, 2023 | Form ID: 144 | Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6