```
FILED
11/13/2023 2:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA
```

Certificate Number: 01721-PAW-DE-037936011

Bankruptcy Case Number: 23-70224



01721-PAW-DE-037936011

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 9, 2023</u>, at <u>12:20</u> o'clock <u>PM EST</u>, <u>Shonda Burgos</u> completed a course on personal financial management given <u>by internet</u> by <u>Advantage Credit Counseling Service, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>November 13, 2023</u>          By:  <u>/s/Sarah Chechak</u>

                                       Name: <u>Sarah Chechak</u>

                                       Title: <u>Counseling</u>

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

# MEMORANDUM

TO: Shonda Burgos – Bankruptcy Case No. 23-70224-JAD

FROM: Connie Ulysse, Case Administrator

SUBJECT: Certificate of Debtor Education

DATE: Nov. 13, 2023

The Clerk's Office received your Certificate(s) of Debtor Education in the mail today. Please be advised that current Official Bankruptcy Form B423 must be filed, for the debtor(s), within 14 days from the date of this memorandum, to certify the Financial Management Course was completed.

Enclosed are blank form(s) with this Memorandum. Please complete and return these to the Clerk's Office at:

> U.S. Bankruptcy Court
> 5414 U.S. Steel Tower
> 600 Grant Street
> Pittsburgh, PA  15219

If you have any further questions, please contact the Clerk's Office at 412-644-2700.