# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Shonda Yvette Burgos |
|---|---|
| CASE NO. | 23-70224-JAD |
| RELATED TO DOCUMENT NO. | 53 – Formal Demand for Enforcement of Discharge, Invocation of Equity Jurisdiction, and Judicial Redress |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The **Formal Demand for Enforcement of Discharge, Invocation of Equity Jurisdiction, and Judicial Redress** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

(1) The above-captioned bankruptcy case was closed as of 12/1/2023. For any relief to be considered by this Court, a Motion to Reopen must be filed, along with a Proposed Order.
(2) The "Formal Demand" must also be refiled as a proper Motion with a complete caption naming the Debtor, Movant, and any Respondent(s) in accordance with W.PA.LBR. 9004-1. It must also contain the filer's signature, printed name, and contact information (including address, phone number, and email address, if applicable).
(3) A Proposed Order must accompany the refiled Motion to Enforce Discharge.

You must file a corrected Motion to Enforce Discharge with a Proposed Order, as well as a Motion to Reopen with a Proposed Order, within ten (10) days of the date of this notice.

If you fail to meet this deadline may result in **the 'Formal Demand' being stricken without prejudice.**

**Please attach a copy of this Notice to the front of the Motions filed in response to this Notice.**

|  |  |
|---|---|
| July 15, 2025 | By: /s/Melissa Guthrie |
| Date | Deputy Clerk |

#106c-I

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70224-JAD |
| Shonda Yvette Burgos | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 15, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + Shonda Yvette Williams, PO Box 83, 1201 11th Ave., Altoona, PA 16603-3401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE HUNTINGTON NATIONAL BANK brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor FLAGSTAR BANK  N.A. dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-7     User: auto     Page 2 of 2
Date Rcvd: Jul 15, 2025     Form ID: pdf900     Total Noticed: 1
TOTAL: 6