**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| CASE NAME | Shonda Yvette Burgos |
|---|---|
| CASE NO. | 23-70224-JAD |
| RELATED TO DOCUMENT NO. | 56 – Motion to Reopen Bankruptcy Case and Motion to Enforce Discharge Injunction |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The **Motion** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

THE MOTION AND PROPOSED ORDER MUST BE REFILED, CORRECTING THE FOLLOWING:
(1) THERE WERE THREE DIFFERENT YET SIMILAR VERSIONS OF THE MOTION SUBMITTED AND IT IS UNCLEAR TO THE COURT WHICH ONE IS INTENDED FOR CONSIDERATION, AS THEY ALL APPEAR TO BE FOR THE SAME CASE AND SEEK SIMILAR RELIEF. PLEASE REFILE THE MOTION AS ONE COMBINED, SINGLE MOTION RATHER THAN THREE SEPARATE VERSIONS OF A SIMILAR PLEADING; AND
(2) WHILE THE PROPOSED ORDER HAS A COMPLETE CAPTION IN ACCORDANCE WITH W.PA.LBR. 9004-1, THE CAPTION ON THE MOTION IS STILL INCOMPLETE AND MUST BE CORRECTED TO INCLUDE THE MOVANT AND REPSPONDENT(S) PORTIONS OF THE CAPTION IN ADDITION TO THE DEBTOR.

You must file a corrected Motion, along with the Proposed Order again, within ten (10) days of the date of this notice.

If you fail to meet this deadline may result in **the Motion being stricken without prejudice.**

**Please attach a copy of this Notice to the front of the Motion and Proposed Order that are being filed in response to this Notice.**

| August 1, 2025 | By: | /s/Melissa Guthrie |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70224-JAD |
| Shonda Yvette Burgos | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 01, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Shonda Yvette Williams, PO Box 83, 1201 11th Ave., Altoona, PA 16603-3401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2025         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE HUNTINGTON NATIONAL BANK brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor FLAGSTAR BANK  N.A. dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Office of the United States Trustee | |

District/off: 0315-7        User: auto        Page 2 of 2

Date Rcvd: Aug 01, 2025        Form ID: pdf900        Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6