

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Shonda Yvette Burgos |
|---|---|
| CASE NO. | 23-70224-JAD |
| RELATED TO DOCUMENT NO. | 56 – Motion to Reopen Bankruptcy Case and Motion to Enforce Discharge Injunction |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The **Motion** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

THE MOTION AND PROPOSED ORDER MUST BE REFILED, CORRECTING THE FOLLOWING:
(1) THERE WERE THREE DIFFERENT YET SIMILAR VERSIONS OF THE MOTION SUBMITTED AND IT IS UNCLEAR TO THE COURT WHICH ONE IS INTENDED FOR CONSIDERATION, AS THEY ALL APPEAR TO BE FOR THE SAME CASE AND SEEK SIMILAR RELIEF. PLEASE REFILE THE MOTION AS ONE COMBINED, SINGLE MOTION RATHER THAN THREE SEPARATE VERSIONS OF A SIMILAR PLEADING; AND
(2) WHILE THE PROPOSED ORDER HAS A COMPLETE CAPTION IN ACCORDANCE WITH W.PA.LBR. 9004-1, THE CAPTION ON THE MOTION IS STILL INCOMPLETE AND MUST BE CORRECTED TO INCLUDE THE MOVANT AND REPSPONDENT(S) PORTIONS OF THE CAPTION IN ADDITION TO THE DEBTOR.

You must file a corrected Motion, along with the Proposed Order again, within ten (10) days of the date of this notice.

If you fail to meet this deadline may result in **the Motion being stricken without prejudice.**

**Please attach a copy of this Notice to the front of the Motion and Proposed Order that are being filed in response to this Notice.**

| August 1, 2025 | By: | /s/Melissa Guthrie |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
) Bankruptcy No. 23-70224-JAD
SHONDA Y. BURGOS, )
) Chapter 7
Debtor. )
) Related to Document No. 56
_____X )

SHONDA YVETTE WILLIAMS, as Executrix )
and Trustee of the SHONDA Y. BURGOS )
Estate and Trust, )
)
Movant, )
)
-v- )
)
FLAGSTAR BANK, N.A., )
KML LAW GROUP, P.C., )
NATIONSTAR MORTAGE, LLC, )
)
Respondents. )

**MOTION TO DISMISS FORECLOSURE AND ENFORCE BANKRUPTCY DISCHARGE**

NOW COMES, SHONDA YVETTE WILLIAMS, Executrix of the Estate of SHONDA Y. BURGOS, appearing sui juris and in proper person, who respectfully moves this Honorable Court to DISMISS the foreclosure proceedings initiated by Respondents in violation of federal bankruptcy discharge protections, and to take judicial notice of the attached Quiet Title Action and the state court's refusal to stay proceedings.

1. The Debtor received a Chapter 7 discharge on November 16, 2023, in the above-captioned case.

2. No reaffirmation agreement was signed post-discharge.

3. Respondents have continued foreclosure activity, in violation of 11 U.S.C. § 524(a).

4. A Quiet Title Action was filed and docketed under a separate docket in Blair County, Pennsylvania.

5. The state court has acknowledged the Quiet Title filing yet refused to stay or dismiss foreclosure.

6. This motion seeks lawful enforcement of the federal discharge and dismissal of the foreclosure under the authority of this Court.

WHEREFORE, Movant respectfully demands that this Court issue an order dismissing the foreclosure, recognizing the completed discharge, and protecting the estate property from further unlawful claims.

Respectfully submitted,

By: *Shonda Yvette Williams*

SHONDA YVETTE WILLIAMS

Executrix / Trustee / Beneficiary

Date: August 8, 2025

PROPOSED ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Motion to Dismiss Foreclosure and for Judicial Notice of Discharge filed by the Executrix and Trustee of the Estate of Shonda Y. Burgos, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.
2. The foreclosure action initiated by Respondents against the Debtor is hereby DISMISSED with prejudice.
3. The Court takes judicial notice of the Chapter 7 discharge entered on November 16, 2023, and recognizes the permanent injunction pursuant to 11 U.S.C. § 524(a).
4. Respondents are barred from taking any further collection actions, including foreclosure, related to the discharged mortgage debt.
5. The Clerk of Court shall serve this Order on all parties listed on the certificate of service.

BY THE COURT:

_____

Hon. Jeffery A. Deller

United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SHONDA YVETTE WILLIAMS
Debtor

Case No.: 23-70224-JAD
Chapter: 7

CERTIFICATE OF SERVICE

I, Shonda Yvette Williams, in my capacity as Executrix of the Estate of Shonda Y. Burgos,

hereby certify that on August 8, 2025, I caused a true and correct copy of the Motion to Dismiss Foreclosure

and the Proposed Order to be served via First-Class U.S. Mail, postage prepaid, upon the following:

Flagstar Bank, N.A.
5151 Corporate Drive
Troy, MI 48098

Nationstar Mortgage LLC (d/b/a Mr. Cooper)
8950 Cypress Waters Blvd.
Coppell, TX 75019

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Blair County Prothonotary
423 Allegheny Street, Suite 2
Hollidaysburg, PA 16648

United States Bankruptcy Court
Western District of Pennsylvania
600 Grant Street
Pittsburgh, PA 15219

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: August 8, 2025

*Shonda Yvette Williams* (signature)

Shonda Yvette Williams

Executrix / Trustee

# EXHIBIT A

# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet

_____ County

**For Prothonotary Use Only:**

Docket No: 2025 GN 2316

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- [x] Complaint
- [ ] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

**Lead Plaintiff's Name:** Shonda Yvette Williams

**Lead Defendant's Name:** Flagstar Bank, N.A.

**Are money damages requested?** [ ] Yes [x] No

**Dollar Amount Requested:** (check one) [ ] within arbitration limits [ ] outside arbitration limits

**Is this a Class Action Suit?** [ ] Yes [x] No

**Is this an MDJ Appeal?** [ ] Yes [x] No

**Name of Plaintiff/Appellant's Attorney:** Shonda Yvette Williams

[x] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

**SECTION B**

**TORT** (do not include Mass Tort)
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability (does not include mass tort)
- [ ] Slander/Libel/Defamation
- [ ] Other: _____

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other: _____

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional: _____

**CONTRACT** (do not include Judgments)
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other _____
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other _____
- [ ] Other: _____

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [x] Quiet Title
- [ ] Other: _____

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other
- [ ] Zoning Board
- [ ] Other: _____

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other: _____

*Updated 1/1/2011*

**IN THE COURT OF COMMON PLEAS**
**BLAIR COUNTY, PENNSYLVANIA – CIVIL DIVISION**

**SHONDA YVETTE WILLIAMS,**
Executrix for the Estate of SHONDA Y. BURGOS and Trustee of the SHONDA YVETTE WILLIAMS TRUST,
Plaintiff,

v.

**FLAGSTAR BANK, N.A.,**
**NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,**
**KML LAW GROUP, P.C.,**
AND ALL OTHER UNKNOWN CLAIMANTS TO TITLE,
Defendants.

Case No. 2025 GN 2316

## COMPLAINT TO QUIET TITLE

AND NOW comes Plaintiff, **Shonda Yvette Williams**, in her lawful capacity as **Executrix for the Estate of SHONDA Y. BURGOS** and as **Trustee of the SHONDA YVETTE WILLIAMS TRUST**, who files this Complaint to Quiet Title pursuant to **42 Pa.C.S. § 741** and states as follows:

## PARTIES

1. Plaintiff is the Executrix of the Estate of SHONDA Y. BURGOS and Trustee of the SHONDA YVETTE WILLIAMS TRUST, with fiduciary address at **1201 11th Avenue, Altoona, PA 16603 #83**.
2. Defendant **Flagstar Bank, N.A.** claims or claimed an interest in the real property subject to this complaint by way of a discharged mortgage.
3. Defendant **Nationstar Mortgage LLC d/b/a Mr. Cooper** is an alleged servicer claiming an interest through assignment or transfer.
4. Defendant **KML Law Group, P.C.** acts as an agent and law firm attempting to enforce a lien on the subject property.
5. Other unknown individuals or entities may claim interest in the property described below.

## PROPERTY DESCRIPTION

6. The property at issue is commonly known as **1516 3rd Avenue, Altoona, Pennsylvania 16602**, more fully described in the recorded deed.

## FACTUAL BACKGROUND

7. The mortgage debt associated with the subject property was lawfully included in a Chapter 7 bankruptcy proceeding filed in the **Western District of Pennsylvania (Case No. 23-70224-JAD)**.
8. A discharge was granted on **November 16, 2023**. No reaffirmation agreement was signed.
9. Despite this discharge, Flagstar Bank, Nationstar Mortgage LLC, and their counsel continue to pursue foreclosure via a scheduled sheriff's sale.
10. The alleged lien being enforced has not been lawfully validated through original contract or assignment.
11. The note was separated from the mortgage, securitized, and transferred without proper notice or standing.
12. Plaintiff asserts a superior **equitable title interest** through a private express trust and filed UCC Financing Statement.
13. Any continued enforcement of the lien is a violation of **11 U.S.C. § 524(a)**, the Fair Debt Collection Practices Act (**15 U.S.C. § 1692**), and applicable trust protections.

## COUNTS

### COUNT I – QUIET TITLE (42 Pa.C.S. § 741)

Plaintiff seeks a declaration that Defendants have no valid, enforceable interest in the subject property, and that the title be quieted in Plaintiff's favor.

### COUNT II – FRAUDULENT ASSIGNMENT / CLOUDED TITLE

Defendants' claims arise from invalid assignments, broken chain of title, or void endorsements.

### COUNT III – VIOLATION OF BANKRUPTCY DISCHARGE ORDER

Pursuant to 11 U.S.C. § 524(a), no further enforcement of the discharged debt may occur, and all attempts to foreclose must be deemed unlawful.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court:

1. Enter judgment quieting title to the subject property in Plaintiff's favor;
2. Declare Defendants' lien or interest unenforceable and void;
3. Enjoin Defendants from any further enforcement or collection activity;
4. Grant such other and further relief as the Court deems just.

Respectfully submitted,

---

**Shonda Yvette Williams**
Executrix / Trustee / Beneficiary
All Rights Reserved, UCC 1-308
Office of the Executrix: 1201 11th Avenue, Altoona, PA 16603 #83

## VERIFICATION

I, Shonda Yvette Williams, verify that the facts set forth in the foregoing complaint are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

Date: _____

Shonda Yvette Williams

# EXHIBIT B

| | |
|---|---|
| FLAGSTAR BANK, NA,<br>    Plaintiff<br><br>    vs.<br><br>SHONDA BURGOS a/k/a SHONDA Y.<br>BURGOS n/k/a SHONDA WILLIAMS,<br>    Defendant | : COURT OF COMMON PLEAS OF<br>: BLAIR COUNTY, PENNSYLVANIA<br>:<br>:<br>:<br>:<br>:<br>: 2024 GN 466 |
| HON. WADE A. KAGARISE | : PRESIDENT JUDGE |
| ALISON STEINBUGL, ESQUIRE | : COUNSEL FOR PLAINTIFF |
| SHONDA BURGOS<br>1516 Third Avenue<br>Altoona, PA 16602 | : SELF-REPRESENTED LITIGANT |

### ORDER

NOW, this 4th day of August, 2025, the above-captioned matter having come before the Court for a status conference as a result of this Court's Order of April 28, 2025, and this Court realizing that subsequent to the entry of the April 28, 2025, Order that a judgment is of record at the above docket number and the matter is scheduled for a Sheriff Sale on September 10, 2025, but the Court also learning today that the defendant has filed a *pro se* action for quiet title which is docketed at a separate docket number, entry of the following Order is deemed appropriate:

**IT IS HEREBY ORDERED, DIRECTED AND DECREED** that this Court does not believe that any status conference is necessary at the above docket in light of the judgment entered.

BY THE COURT:

*/s/ Wade A. Kagarise*

Wade A. Kagarise,    P.J.

cd

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2025, a true and correct copy of the foregoing **Motion to Dismiss Foreclosure** was served via U.S. Mail, postage prepaid, upon the following:

**Flagstar Bank, N.A.**
5151 Corporate Drive
Troy, MI 48098

**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106

**Nationstar Mortgage LLC (Mr. Cooper)**
8950 Cypress Waters Blvd.
Coppell, TX 75019