**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| CASE NAME | Shonda Yvette Burgos aka Shonda Yvette Williams |
|---|---|
| CASE NO. | 23-70224-JAD |
| RELATED TO DOCUMENT NO. | 59 Motion to Dismiss Foreclosure and Enforce Bankruptcy Discharge |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The **Motion** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

THE MOTION AND THE PROPOSED ORDER MUST BE REFILED, CORRECTING THE FOLLOWING:

(1) CONTACT INFORMATION ON THE MOTION (TYPED NAME, TELEPHONE NUMBER, AND ADDRESS) IS TO BE INCLUDED UNDER THE SIGNATURE LINES IN ACCORDANCE WITH W.PA.LBR 5005-6. PLEASE BE SURE WHEN RESUBMITTING THE DOCUMENTS, THE CONTACT INFORMATION IS INCLUDED.

(2) WHILE THE MOTION HAS A COMPLETE CAPTION IN ACCORDANCE WITH W.PA.LBR. 9004-1, THE PROPOSED ORDER IS NOW MISSING THE CAPTION AND MUST BE CORRECTED TO INCLUDE THE, DEBTOR, MOVANT, AND ANY RESPONDENT(S) PORTION OF THE CAPTION.

(3) THIS CASE WAS CLOSED ON 12/1/2023 AND THE REFILED MOTION DOES NOT INCLUDE A REQUEST TO REOPEN THE CASE. WHEN REFILING, PLEASE BE SURE REOPENING THE CASE IS PART OF THE RELIEF REQUESTED, AS THIS COURT CANNOT CONSIDER ANY REQUEST FOR RELIEF ON A CLOSED CASE.

You must file a corrected Motion and Proposed Order within ten (10) days of the date of this notice.

If you fail to meet this deadline may result in **the Motion being stricken without prejudice..**

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the Motion and Proposed Order that is being filed in response to this Notice.**

| August 11, 2025 | By: | /s/Maggie Schuck |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70224-JAD |
| Shonda Yvette Burgos | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shonda Yvette Burgos, 1516 3rd Avenue, Altoona, PA 16602-3608 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE HUNTINGTON NATIONAL BANK brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor FLAGSTAR BANK N.A. dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Office of the United States Trustee | |

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Aug 11, 2025 | Form ID: pdf900 | Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6