```
                                                          FILED
                                                          08/18/2025 - 8:42 PM
UNITED STATES BANKRUPTCY COURT                            CLERK
WESTERN DISTRICT OF PENNSYLVANIA                          U.S. BANKRUPTCY
                                                          COURT - WDPA
```

In re:                                          )
                                                )
                                                )   Bankruptcy Case No.: 23-70224-JAD
SHONDA Y. BURGOS (a/k/a                         )
SHONDA YVETTE WILLIAMS), Debtor.                )
                                                )   Chapter 7
                                                )
SHONDA YVETTE WILLIAMS, Movant                  )
                                                )
v.                                              )
                                                )
FLAGSTAR BANK; KML LAW GROUP;                   )
NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,)
Respondents.                                    )

## NOTICE OF SUPPLEMENTAL AUTHORITY

NOW COMES, Shonda Yvette Williams (hereinafter, "Movant"), and respectfully submits this Notice of Supplemental Authority in further support of her Motion to Reopen Case and for Relief.

1. On October 18, 2023, the duly appointed Chapter 7 Trustee, Lisa M. Swope, filed a Report of No Distribution in this case, certifying that the estate had been fully administered, that no property was available for distribution to creditors, and requesting discharge from further duties.

2. The Trustee's Report of No Distribution reflects that $304,000 in scheduled claims were discharged without payment, and that assets in the amount of $55,000 were abandoned as burdensome or of inconsequential value to the estate.

3. This filing supports Movant's request that the foreclosure proceedings be dismissed with prejudice, as the underlying obligations have been discharged and the bankruptcy estate closed in accordance with Fed. R. Bankr. P. 5009.

WHEREFORE, Movant respectfully directs the Court's attention to the Trustee's Report of No Distribution (entered October 18, 2023), and requests that the relief sought in her Motion be granted.

Respectfully submitted,

Dated: 08/18, 2025

/s/ Shonda Yvette Williams
Shonda Yvette Williams, Movant
1516 3rd Avenue
Altoona, PA 16602
Tel: (551) 430-1827

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Shonda Yvette Burgos aka Shonda Yvette Williams |
|---|---|
| CASE NO. | 23-70224-JAD |
| RELATED TO DOCUMENT NO. | 59 Motion to Dismiss Foreclosure and Enforce Bankruptcy Discharge |

NOTICE REGARDING
NONCONFORMING DOCUMENT

The **Motion** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

THE MOTION AND THE PROPOSED ORDER MUST BE REFILED, CORRECTING THE FOLLOWING:

(1) CONTACT INFORMATION ON THE MOTION (TYPED NAME, TELEPHONE NUMBER, AND ADDRESS) IS TO BE INCLUDED UNDER THE SIGNATURE LINES IN ACCORDANCE WITH W.PA.LBR 5005-6. PLEASE BE SURE WHEN RESUBMITTING THE DOCUMENTS, THE CONTACT INFORMATION IS INCLUDED.

(2) WHILE THE MOTION HAS A COMPLETE CAPTION IN ACCORDANCE WITH W.PA.LBR. 9004-1, THE PROPOSED ORDER IS NOW MISSING THE CAPTION AND MUST BE CORRECTED TO INCLUDE THE, DEBTOR, MOVANT, AND ANY RESPONDENT(S) PORTION OF THE CAPTION.

(3) THIS CASE WAS CLOSED ON 12/1/2023 AND THE REFILED MOTION DOES NOT INCLUDE A REQUEST TO REOPEN THE CASE. WHEN REFILING, PLEASE BE SURE REOPENING THE CASE IS PART OF THE RELIEF REQUESTED, AS THIS COURT CANNOT CONSIDER ANY REQUEST FOR RELIEF ON A CLOSED CASE.

You must file a corrected Motion and Proposed Order within ten (10) days of the date of this notice.

If you fail to meet this deadline may result in **the Motion being stricken without prejudice..**

This deadline does not affect any other deadlines in your bankruptcy case.