# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No.: 23-70224-JAD |
| SHONDA Y. BURGOS (a/k/a ) | |
| SHONDA YVETTE WILLIAMS), Debtor. ) | |
| _____ ) | Chapter 7 |
| ) | |
| SHONDA YVETTE WILLIAMS, Movant ) | |
| ) | Related to Doc. #62 |
| v. ) | |
| FLAGSTAR BANK; KML LAW GROUP; ) | |
| NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,) | |
| Respondents. _____ ) | |

**ORDER**

AND NOW, this __19th__ day of __August__, 2025, upon consideration of the Motion to Reopen Case, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The above-captioned bankruptcy case is REOPENED pursuant to 11 U.S.C. § 350(b).
2. A Chapter 7 Trustee shall be appointed.

**IT IS SO ORDERED.**

BY THE COURT:

_____sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
8/19/25 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Submitted by:
Shonda Yvette Williams, Movant
1516 3rd Avenue
Altoona, PA 16602
Tel: (551) 430-1827

- 1 -

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70224-JAD |
| Shonda Yvette Burgos | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 19, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shonda Yvette Burgos, 1516 3rd Avenue, Altoona, PA 16602-3608 |
| intp | + | Shonda Yvette Williams, PO Box 83, 1201 11th Ave., Altoona, PA 16603-3401 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025                    Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE HUNTINGTON NATIONAL BANK brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor FLAGSTAR BANK N.A. dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Aug 19, 2025 | Form ID: pdf900 | Total Noticed: 2

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6