**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: SHONDA YVETTE BURGOS a/k/a SHONDA YVETTE WILLIAMS) | ) ) | |
| DEBTOR | ) ) | Case No. 23-70224-JAD |
| | ) ) | Chapter 7 |
| | ) ) ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Sherri J. Smith, Esquire, of Stradley Ronon Stevens & Young, LLP, attorney for Flagstar Bank, N.A. ("Flagstar") hereby enters her appearance in the above-captioned case on behalf of Flagstar, and demands that all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered and served upon her at the address set forth below:

Sherri J. Smith, Esq.
Stradley Ronon Stevens & Young, LLP
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
ssmith@stradley.com

**STRADLEY RONON STEVENS & YOUNG, LLP**

/s/ *Sherri J. Smith*
Sherri J. Smith, Esq. (PA ID 90675)
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
T: (856) 321-2413
F: (856) 321-2415
ssmith@stradley.com
*Attorneys for Flagstar Bank, N.A.*

Dated: 9/16/25