# Exhibit A

```
06051309082025              BLAIR COUNTY PROTHONOTARY                      Page      1
PYSPRT                         Civil Case Detail Report                    9/08/2025

  Case No..........  2024-00466   FLAGSTAR BANK NA (vs) SHONDA BURGOS ET AL

Reference No......                                        Filed..........  2/16/2024
Case Type.........  REAL PROPERTY    MORTG               Time...........       1:15
Judgment..........         $51,556.17                     Execution Date.  0/00/0000
Judge Assigned....  KAGARISE WADE A                       Jury Trial.....
Disposed Desc.....                                        Disposed Date..  0/00/0000
------------ Case Comments ------------                   Higher Crt 1...
WRIT OF EXECUTION 03/03/2025                              Higher Crt 2...


****************************************************************************************
                              ++ GENERAL INDEX ++
Indexed Party                                             Attorney Info
FLAGSTAR BANK NA                     PLAINTIFF            LINN GERALDINE M
  TROY, MI 48098                                            701 MARKET STREET
                                                            PHILADELPHIA, PA  19106

BURGOS SHONDA                        DEFENDANT
AKA
  ALTOONA, PA 16602

BURGOS SHONDA Y                      DEFENDANT
  ALTOONA, PA 16602


****************************************************************************************
                              ++ JUDGEMENT INDEX ++
Indexed Party                            Amount        Date       Description
BURGOS SHONDA                         $51,556.17    3/03/2025    DEFAULT JUDGMENT
AKA

BURGOS SHONDA Y                       $51,556.17    3/03/2025    DEFAULT JUDGMENT

BURGOS SHONDA                         $51,556.17    3/03/2025    WRIT OF EXECUTION
AKA

BURGOS SHONDA Y                       $51,556.17    3/03/2025    WRIT OF EXECUTION


****************************************************************************************
                              ++ DOCKET ENTRIES ++
    Date         Entry Text
                 - - - - - - - - - - - - FIRST ENTRY - - - - - - - - - - - - - - -
  2/16/2024      COMPLAINT IN MORTGAGE FORECLOSURE WITH A CERTIFICATE OF COMPLIANCE
                 FILED BY ATTY LINN
                 ------------------------------------------------------------------
  3/06/2024      SHERIFF'S RETURN -
                 CASE TYPE : COMPLAINT IN MORTGAGE FORECLOSURE
                 LITIGANT  : SHONDRA BURGOS
                 ADDRESS   : 1516 3RD AVE
                 CTY/ST/ZP : ALTOONA PA 16602
                 HND TO    : AIC - ANDY BURGOS
                 SHF/ DPTY : HANNA
                 DATE/TIME : 2/29/2024 1605
                 COSTS     :
                 ------------------------------------------------------------------
  3/06/2024      SHERIFF'S RETURN -
                 CASE TYPE :CIVIL COMPLAINT
                 LITIGANT  :SHONDA BURGOS, AKA SHONDA Y. BURGOS
                 ADDRESS   :1516 3RD AVENUE
                 CTY/ST/ZP :ALTOONA PA 16602
                 HND TO    :AIC ANDY BURGO
                 SHF/ DPTY :HANNA
                 DATE/TIME :02/29/2024 16:05
                 COSTS     :
                 ------------------------------------------------------------------
  3/13/2024      ANSWER AND AFFIDAVIT FILED BY SHONDA Y BURGUS
                 ------------------------------------------------------------------
  3/13/2024      PROOF OF SERVICE FILED BY SHONDA Y BURGUS
                 ------------------------------------------------------------------
  3/20/2024      URGENT NOTICE TO DEFENDANTS OF "DEFENDANT'S CERTIFICATION THAT
                 PREMISES ARE OWNER-OCCUPIED AND REQUEST FOR CONCILIATION
                 CONFERENCE" IS TO BE RETURNED TO PROTHY W/I 10 DAYS OF NOTICE (SEE
                 FILE) 03/20/24 BY WAK
                 ------------------------------------------------------------------
  4/08/2024      DEFENDANT'S CERTIFICATION THAT PREMISES ARE OWNER-OCCUPIED AND
```

```
06051309082025                  BLAIR COUNTY PROTHONOTARY                    Page    2
PYSPRT                           Civil Case Detail Report                    9/08/2025


Case No..........  2024-00466   FLAGSTAR BANK NA (vs) SHONDA BURGOS ET AL

Reference No......                                       Filed..........  2/16/2024
Case Type.........  REAL PROPERTY     MORTG              Time...........       1:15
Judgment..........          $51,556.17                   Execution Date.  0/00/0000
Judge Assigned.... KAGARISE WADE A                       Jury Trial.....
Disposed Desc.....                                       Disposed Date..  0/00/0000
----------- Case Comments ------------                   Higher Crt 1...
WRIT OF EXECUTION 03/03/2025                             Higher Crt 2...

              REQUEST FOR CONCILIATION CONFERENCE FILED BY SHONDA BURGOS
              ------------------------------------------------------------------
 4/08/2024    ORDER DATED 04/04/24 BY WAK; O/D/D CONCILIATION CONF IS SET FOR
              05/29/24 AT 1:30PM (SEE ORDER)
              ------------------------------------------------------------------
 4/08/2024    NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P.
              236(B).
              ------------------------------------------------------------------
 6/06/2024    CONTINUANCE ORDER DATED 05/29/24 BY WAK THAT THIS MATTER IS
              RESCHEDULED FOR CONCIL CONF ON 08/21/24 @ 1:30PM (SEE ORDER)
              ------------------------------------------------------------------
 6/06/2024    NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P.
              236(B).
              ------------------------------------------------------------------
 8/23/2024    CIVIL CONTINUANCE REQUEST FILED WITH ORDER DATED 8/20/24 BY DBC IS
              SET FOR 9/18/24 @1PM IN COMMISSIONERS ROOM
              ------------------------------------------------------------------
 8/23/2024    NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P.
              236(B).
              ------------------------------------------------------------------
 9/23/2024    ORDER DATED 09/18/24 BY JGK CONCILIATION CONFERENCE IS SCHEDULED
              FOR 11/13/24 @ 1:30 PM (SEE ORDER)
              ------------------------------------------------------------------
 9/23/2024    NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P.
              236(B).
              ------------------------------------------------------------------
11/15/2024    PETITION TO WITHDRAW REPRESENTATION FILED BY ATTY RYAN (SENT TO
              COURT ADMIN 11/18/24)
              ------------------------------------------------------------------
11/19/2024    ORDER DATED 11/13/2024 BY TMS THE DEFENDANT HAVING FAILED TO
              RETURN THE OWNER OCCUPIED CERTIFICATION IT IS HEREBY O/D/D THAT
              THE CASE  WILL NO LONGER BE LISTED AS PART OF THE BLAIR COUNTY
              MORTGAGE FORECLOSURE DIVERSION PROGRAM THAT ANY SUSPENSION OF THE
              CASE FOR  CIVIL CASE MANAGEMENT PURPOSES IS LIFTED AND THE
              CASE MAY CONTINUE THROUGH THE COURT SYSTEM
              ------------------------------------------------------------------
11/19/2024    NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P.
              236(B).
              ------------------------------------------------------------------
11/25/2024    PETITION FOR RECONSIDERATION FILED BY SHONDA BURGOS (SENT TO COURT
              ADMIN 11/25/24)
              ------------------------------------------------------------------
 1/02/2025    RULE RETURNABLE DATED 01/02/25 BY WAK; ORDERED A RULE TO SHOW
              CAUSE IS GRANTED UPON DEFT. RULE RETURNABLE SCHEDULED FOR 02/19/25
              AT 9:30AM IN CT RM TBD BEFORE DJM (SEE ORDER)
              ------------------------------------------------------------------
 1/02/2025    NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P.
              236(B).
              ------------------------------------------------------------------
 1/02/2025    ORDER DATED 01/02/25 BY WAK; O/D/D DEFTS REQUEST FOR
              RECONSIDERATION IS DENIED (SEE ORDER)
              ------------------------------------------------------------------
 1/02/2025    NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P.
              236(B).
              ------------------------------------------------------------------
 2/27/2025    ORDER DATED 2/19/2025 BY DJM SAID MOTION IS GRANTED ATTORNEY RYAN
              IS HEREBY REMOVED AS COUNSEL OF RECORD FOR THE DEFENDANT
              ------------------------------------------------------------------
 2/27/2025    NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P.
              236(B).
              ------------------------------------------------------------------
 3/03/2025    PRAECIPE FOR DEFAULT JUDGMENT FOR FAILURE TO ANSWER IN THE AMOUNT
              OF $51556.17 WITH CERTIFICATE OF COMPLIANCE FILED BY ATTY LINN
              ------------------------------------------------------------------
 3/03/2025    NOTICE OF ENTRY OF JUDGMENT SENT TO DEFENDANT(S)
```

```
06051309082025              BLAIR COUNTY PROTHONOTARY                    Page    3
   PYSPRT                    Civil Case Detail Report                  9/08/2025
```

Case No.......... 2024-00466  FLAGSTAR BANK NA (vs) SHONDA BURGOS ET AL

```
Reference No......                                   Filed..........  2/16/2024
Case Type......... REAL PROPERTY    MORTG           Time...........      1:15
Judgment..........         $51,556.17               Execution Date.  0/00/0000
Judge Assigned.... KAGARISE WADE A                  Jury Trial.....
Disposed Desc.....                                  Disposed Date..  0/00/0000
----------- Case Comments ------------               Higher Crt 1...
WRIT OF EXECUTION 03/03/2025                         Higher Crt 2...
```

| Date | Entry |
|---|---|
| 3/03/2025 | PRAECIPE FOR WRIT OF EXECUTION IN MORTGAGE FORECLOSURE IN THE AMOUNT OF 51556.17 WITH CERTIFICATE OF COMPLIANCE FILED BY ATTY LINN |
| 3/03/2025 | WRIT/WRITS PREPARED BY ATTORNEY AND ISSUED TO THE SHERIFF ON 03/03/2025 3 WRITS /1 CK |
| 3/03/2025 | AFFIDAVIT OF SERVICE PURSUANT TO RULE 3129.1 |
| 3/14/2025 | MOTION TO TRANSFER CASE TO FEDERAL DISTRICT COURT WITH AFFIDAVIT OF MAILING FILED BY SHONDA Y BURGOS ( TO CT ADMIN) |
| 3/14/2025 | MOTION FOR PRELIMINARY INJUNCTION WITH CERTIFICATE OF SERVICE FILED BY SHONDA BURGOS ( TO CT ADMIN) |
| 4/15/2025 | PLAINTIFF'S RESPONSE TO DEFENDNAT'S MOTION TO TRANSFER CARE TO FEDERAL DISTRICT COURT AND MOTION FOR PRELIMINARY INJUNCTION AND CERTIFICATE OF SERVICE FILED BY ATTY DUFFY (TO CT ADMIN) |
| 4/29/2025 | ORDER DATED 04/28/25 BY WAK; O/D/D THE MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO TRANSFER CASE TO FEDERAL DISTRICT COURT IS DENIED WITHOUT PREJUDICE. A STATUS CONFERENCE IS SCHEDULED FOR 08/04/25 AT 10AM (SEE ORDER) |
| 4/29/2025 | NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P. 236(B). |
| 6/27/2025 | AFFIDAVIT OF SERVICE PURSUANT TO RULE 3129.1 |
| 7/07/2025 | NOTICE OF THE DATE OF CONTINUED SHERIFF SALE FILED BY ATTY DILEVA |
| 8/04/2025 | ORDER DATED 8/4/25 BY WAK THAT THIS COURT DOES NOT BELIEVE THAT ANY STATUS CONFERENCE IS NECESSARY AT THE ABOVE DOCKET IN LIGHT OF THE JUDGMENT ENTERED |
| 8/04/2025 | NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P. 236(B). |

- - - - - - - - - - - - - - LAST ENTRY - - - - - - - - - - - - - - -

```
************************************************************************************
                        ++ Escrow Information ++
Cost / Fee              Beg. Balance      Pymts/Adjmts         End. Balance
STATE TAX                      $.50              $.50                $.00
JCS/ATJ FEE                  $40.25            $40.25                $.00
AUTOMATION FEE                $5.00             $5.00                $.00
COMPLAINT                    $98.25            $98.25                $.00
JUDG DEFAULT                 $21.00            $21.00                $.00
WRIT EXECUTION               $35.00            $35.00                $.00
COPIES                       $22.50            $22.50                $.00
                          -----------       -----------         -----------
                            $222.50           $222.50                $.00

************************************************************************************
                          End of Case Information
```