**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: SHONDA YVETTE BURGOS a/k/a SHONDA YVETTE WILLAMS<br>　　　　Debtor | Bankruptcy No. 23-70224-JAD |
| SHONDA YVETTE BURGOS a/k/a SHONDA YVETTE WILLAMS<br><br>　　　　Movant,<br><br>v.<br><br>FLAGSTAR BANK, N.A.; KML LAWGROUP; NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER.<br>　　　　Respondents. | Chapter 7<br><br>Related to Docket No. 62, 63 and 72 |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
　　　　Check one:
　　　　_____ Creditor(s) added
　　　　_____ NO creditor(s) added
　　　　_____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
　　　　Check one:
　　　　_____ Creditor(s) added
　　　　_____ NO creditor(s) added
　　　　_____ Creditor(s) deleted
_____ Schedule F - Creditors Holding Unsecured Nonpriority Claims
　　　　Check one:
　　　　_____ Creditor(s) added
　　　　_____ NO creditor(s) added
　　　　_____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
　　　　Check one:
　　　　_____ Creditor(s) added
　　　　_____ NO creditor(s) added

|       | Creditor(s) deleted |
|-------|---------------------|
| _____ | Schedule H - Codebtors |
| _____ | Schedule I - Current Income of Individual Debtor(s) |
| _____ | Schedule J - Current Expenditures of Individual Debtor(s) |
| _____ | Statement of Financial Affairs |
| _____ | Chapter 7 Individual Debtor's Statement of Intention |
| _____ | Chapter 11 List of Equity Security Holders |
| _____ | Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims |
| _____ | Disclosure of Compensation of Attorney for Debtor |
| __X__ | Other  _Amended Exhibit A to Response of Respondent Flagstar Bank, N.A. in Opposition to Debtor's Motion for Dismissal of Foreclosure Proceedings_ |

Dated: September 24, 2025                /s/ Sherri J. Smith
                                                     Sherri J. Smith, Esq. (PA ID 90675)
                                                     457 Haddonfield Road, Suite 100
                                                     Cherry Hill, NJ 08002
                                                     T: (856) 321-2413
                                                     F: (856) 321-2415
                                                     ssmith@stradley.com
                                                     *Attorneys for Flagstar Bank, N.A*

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

# Exhibit A

```
06051309082025                BLAIR COUNTY PROTHONOTARY                   Page    1
PYSPRT                        Civil Case Detail Report                    9/08/2025
```

Case No.......... 2024-00466  FLAGSTAR BANK NA (vs) SHONDA BURGOS ET AL

```
Reference No......                                    Filed..........  2/16/2024
Case Type......... REAL PROPERTY    MORTG            Time...........       1:15
Judgment..........        $51,556.17                  Execution Date.  0/00/0000
Judge Assigned.... KAGARISE WADE A                    Jury Trial.....
Disposed Desc.....                                    Disposed Date..  0/00/0000
----------- Case Comments ------------                Higher Crt 1...
WRIT OF EXECUTION 03/03/2025                          Higher Crt 2...
```

```
********************************************************************************
                               ++ GENERAL INDEX ++
Indexed Party                                         Attorney Info
FLAGSTAR BANK NA                      PLAINTIFF       LINN GERALDINE M
  TROY, MI 48098                                        701 MARKET STREET
                                                        PHILADELPHIA, PA  19106

BURGOS SHONDA                         DEFENDANT
AKA
  ALTOONA, PA 16602

BURGOS SHONDA Y                       DEFENDANT
  ALTOONA, PA 16602

********************************************************************************
                              ++ JUDGEMENT INDEX ++
Indexed Party                             Amount       Date        Description
BURGOS SHONDA                         $51,556.17   3/03/2025    DEFAULT JUDGMENT
AKA

BURGOS SHONDA Y                       $51,556.17   3/03/2025    DEFAULT JUDGMENT

BURGOS SHONDA                         $51,556.17   3/03/2025    WRIT OF EXECUTION
AKA

BURGOS SHONDA Y                       $51,556.17   3/03/2025    WRIT OF EXECUTION

********************************************************************************
                               ++ DOCKET ENTRIES ++
    Date      Entry Text
              - - - - - - - - - - - - - FIRST ENTRY - - - - - - - - - - - - - -
 2/16/2024    COMPLAINT IN MORTGAGE FORECLOSURE WITH A CERTIFICATE OF COMPLIANCE
              FILED BY ATTY LINN
              ----------------------------------------------------------------
 3/06/2024    SHERIFF'S RETURN -
              CASE TYPE : COMPLAINT IN MORTGAGE FORECLOSURE
              LITIGANT  : SHONDRA BURGOS
              ADDRESS   : 1516 3RD AVE
              CTY/ST/ZP : ALTOONA PA 16602
              HND TO    : AIC - ANDY BURGOS
              SHF/ DPTY : HANNA
              DATE/TIME : 2/29/2024 1605
              COSTS     :
              ----------------------------------------------------------------
 3/06/2024    SHERIFF'S RETURN -
              CASE TYPE :CIVIL COMPLAINT
              LITIGANT  :SHONDA BURGOS, AKA SHONDA Y. BURGOS
              ADDRESS   :1516 3RD AVENUE
              CTY/ST/ZP :ALTOONA PA 16602
              HND TO    :AIC ANDY BURGO
              SHF/ DPTY :HANNA
              DATE/TIME :02/29/2024 16:05
              COSTS     :
              ----------------------------------------------------------------
 3/13/2024    ANSWER AND AFFIDAVIT FILED BY SHONDA Y BURGUS
              ----------------------------------------------------------------
 3/13/2024    PROOF OF SERVICE FILED BY SHONDA Y BURGUS
              ----------------------------------------------------------------
 3/20/2024    URGENT NOTICE TO DEFENDANTS OF "DEFENDANT'S CERTIFICATION THAT
              PREMISES ARE OWNER-OCCUPIED AND REQUEST FOR CONCILIATION
              CONFERENCE" IS TO BE RETURNED TO PROTHY W/I 10 DAYS OF NOTICE (SEE
              FILE) 03/20/24 BY WAK
              ----------------------------------------------------------------
 4/08/2024    DEFENDANT'S CERTIFICATION THAT PREMISES ARE OWNER-OCCUPIED AND
```

```
06051309082025             BLAIR COUNTY PROTHONOTARY                    Page    2
PYSPRT                      Civil Case Detail Report                    9/08/2025


Case No.......... 2024-00466   FLAGSTAR BANK NA (vs) SHONDA BURGOS ET AL

Reference No......                                      Filed..........  2/16/2024
Case Type......... REAL PROPERTY    MORTG              Time...........      1:15
Judgment..........        $51,556.17                    Execution Date.  0/00/0000
Judge Assigned.... KAGARISE WADE A                      Jury Trial.....
Disposed Desc.....                                      Disposed Date..  0/00/0000
----------- Case Comments ------------                  Higher Crt 1...
WRIT OF EXECUTION 03/03/2025                            Higher Crt 2...

               REQUEST FOR CONCILIATION CONFERENCE FILED BY SHONDA BURGOS
               ----------------------------------------------------------------
 4/08/2024     ORDER DATED 04/04/24 BY WAK; O/D/D CONCILIATION CONF IS SET FOR
               05/29/24 AT 1:30PM (SEE ORDER)
               ----------------------------------------------------------------
 4/08/2024     NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P.
               236(B).
               ----------------------------------------------------------------
 6/06/2024     CONTINUANCE ORDER DATED 05/29/24 BY WAK THAT THIS MATTER IS
               RESCHEDULED FOR CONCIL CONF ON 08/21/24 @ 1:30PM (SEE ORDER)
               ----------------------------------------------------------------
 6/06/2024     NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P.
               236(B).
               ----------------------------------------------------------------
 8/23/2024     CIVIL CONTINUANCE REQUEST FILED WITH ORDER DATED 8/20/24 BY DBC IS
               SET FOR 9/18/24 @1PM IN COMMISSIONERS ROOM
               ----------------------------------------------------------------
 8/23/2024     NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P.
               236(B).
               ----------------------------------------------------------------
 9/23/2024     ORDER DATED 09/18/24 BY JGK CONCILIATION CONFERENCE IS SCHEDULED
               FOR 11/13/24 @ 1:30 PM (SEE ORDER)
               ----------------------------------------------------------------
 9/23/2024     NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P.
               236(B).
               ----------------------------------------------------------------
11/15/2024     PETITION TO WITHDRAW REPRESENTATION FILED BY ATTY RYAN (SENT TO
               COURT ADMIN 11/18/24)
               ----------------------------------------------------------------
11/19/2024     ORDER DATED 11/13/2024 BY TMS THE DEFENDANT HAVING FAILED TO
               RETURN THE OWNER OCCUPIED CERTIFICATION IT IS HEREBY O/D/D THAT
               THE CASE  WILL NO LONGER BE LISTED AS PART OF THE BLAIR COUNTY
               MORTGAGE FORECLOSURE DIVERSION PROGRAM THAT ANY SUSPENSION OF THE
               CASE FOR  CIVIL CASE MANAGEMENT PURPOSES IS LIFTED AND THE
               CASE MAY CONTINUE THROUGH THE COURT SYSTEM
               ----------------------------------------------------------------
11/19/2024     NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P.
               236(B).
               ----------------------------------------------------------------
11/25/2024     PETITION FOR RECONSIDERATION FILED BY SHONDA BURGOS (SENT TO COURT
               ADMIN 11/25/24)
               ----------------------------------------------------------------
 1/02/2025     RULE RETURNABLE DATED 01/02/25 BY WAK; ORDERED A RULE TO SHOW
               CAUSE IS GRANTED UPON DEFT. RULE RETURNABLE SCHEDULED FOR 02/19/25
               AT 9:30AM IN CT RM TBD BEFORE DJM (SEE ORDER)
               ----------------------------------------------------------------
 1/02/2025     NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P.
               236(B).
               ----------------------------------------------------------------
 1/02/2025     ORDER DATED 01/02/25 BY WAK; O/D/D DEFTS REQUEST FOR
               RECONSIDERATION IS DENIED (SEE ORDER)
               ----------------------------------------------------------------
 1/02/2025     NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P.
               236(B).
               ----------------------------------------------------------------
 2/27/2025     ORDER DATED 2/19/2025 BY DJM SAID MOTION IS GRANTED ATTORNEY RYAN
               IS HEREBY REMOVED AS COUNSEL OF RECORD FOR THE DEFENDANT
               ----------------------------------------------------------------
 2/27/2025     NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P.
               236(B).
               ----------------------------------------------------------------
 3/03/2025     PRAECIPE FOR DEFAULT JUDGMENT FOR FAILURE TO ANSWER IN THE AMOUNT
               OF $51556.17 WITH CERTIFICATE OF COMPLIANCE FILED BY ATTY LINN
               ----------------------------------------------------------------
 3/03/2025     NOTICE OF ENTRY OF JUDGMENT SENT TO DEFENDANT(S)
```

```
06051309082025              BLAIR COUNTY PROTHONOTARY                      Page    3
   PYSPRT                     Civil Case Detail Report                    9/08/2025
```

Case No........... 2024-00466   FLAGSTAR BANK NA (vs) SHONDA BURGOS ET AL

```
Reference No......                                    Filed..........  2/16/2024
Case Type.........  REAL PROPERTY    MORTG            Time...........       1:15
Judgment..........         $51,556.17                 Execution Date.  0/00/0000
Judge Assigned....  KAGARISE WADE A                   Jury Trial.....
Disposed Desc.....                                    Disposed Date..  0/00/0000
----------- Case Comments ------------                Higher Crt 1...
WRIT OF EXECUTION 03/03/2025                          Higher Crt 2...
```

| Date | Entry |
|---|---|
| 3/03/2025 | PRAECIPE FOR WRIT OF EXECUTION IN MORTGAGE FORECLOSURE IN THE AMOUNT OF 51556.17 WITH CERTIFICATE OF COMPLIANCE FILED BY ATTY LINN |
| 3/03/2025 | WRIT/WRITS PREPARED BY ATTORNEY AND ISSUED TO THE SHERIFF ON 03/03/2025 3 WRITS /1 CK |
| 3/03/2025 | AFFIDAVIT OF SERVICE PURSUANT TO RULE 3129.1 |
| 3/14/2025 | MOTION TO TRANSFER CASE TO FEDERAL DISTRICT COURT WITH AFFIDAVIT OF MAILING FILED BY SHONDA Y BURGOS ( TO CT ADMIN) |
| 3/14/2025 | MOTION FOR PRELIMINARY INJUNCTION WITH CERTIFICATE OF SERVICE FILED BY SHONDA BURGOS ( TO CT ADMIN) |
| 4/15/2025 | PLAINTIFF'S RESPONSE TO DEFENDNAT'S MOTION TO TRANSFER CARE TO FEDERAL DISTRICT COURT AND MOTION FOR PRELIMINARY INJUNCTION AND CERTIFICATE OF SERVICE FILED BY ATTY DUFFY (TO CT ADMIN) |
| 4/29/2025 | ORDER DATED 04/28/25 BY WAK; O/D/D THE MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO TRANSFER CASE TO FEDERAL DISTRICT COURT IS DENIED WITHOUT PREJUDICE. A STATUS CONFERENCE IS SCHEDULED FOR 08/04/25 AT 10AM (SEE ORDER) |
| 4/29/2025 | NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P. 236(B). |
| 6/27/2025 | AFFIDAVIT OF SERVICE PURSUANT TO RULE 3129.1 |
| 7/07/2025 | NOTICE OF THE DATE OF CONTINUED SHERIFF SALE FILED BY ATTY DILEVA |
| 8/04/2025 | ORDER DATED 8/4/25 BY WAK THAT THIS COURT DOES NOT BELIEVE THAT ANY STATUS CONFERENCE IS NECESSARY AT THE ABOVE DOCKET IN LIGHT OF THE JUDGMENT ENTERED |
| 8/04/2025 | NOTICE OF ENTRY OF ORDER HAS BEEN GIVEN AS REQUIRED BY PA.R.C.P. 236(B). |

- - - - - - - - - - - - - LAST ENTRY - - - - - - - - - - - - - - -

****************************************************************************

**++ Escrow Information ++**

| Cost / Fee | Beg. Balance | Pymts/Adjmts | End. Balance |
|---|---:|---:|---:|
| STATE TAX | $.50 | $.50 | $.00 |
| JCS/ATJ FEE | $40.25 | $40.25 | $.00 |
| AUTOMATION FEE | $5.00 | $5.00 | $.00 |
| COMPLAINT | $98.25 | $98.25 | $.00 |
| JUDG DEFAULT | $21.00 | $21.00 | $.00 |
| WRIT EXECUTION | $35.00 | $35.00 | $.00 |
| COPIES | $22.50 | $22.50 | $.00 |
|  | ----------- | ----------- | ----------- |
|  | $222.50 | $222.50 | $.00 |

****************************************************************************

**End of Case Information**