**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO. 23-70224 JAD |
| Shonda Yvette Burgos aka Shonda Yvette Williams | CHAPTER 7 |
| Debtor. | RELATED DOCUMENT # 83 |
| Shonda Yvette Burgos aka Shonda Yvette Williams | |
| Movant, | |
| vs. | |
| Flagstar Bank, N. A., et al., | |
| Respondent. | |

**CERTIFICATE OF SERVICE**

I, Denise Carlon, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 26, 2025, I caused to be served the text-only order granting the motion to redact, docket # 83, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor</u>
Shonda Yvette Burgos a/k/a Shonda Yvette Williams
1516 3rd Avenue
Altoona, PA 16602

<u>Trustee</u>
Lisa M. Swope
219 South Center Street (VIA ECF)
P.O. Box 270
Ebensburg, PA 15931

Dated: September 26, 2025

                                                  **/s/ Denise Carlon, Esquire**
                                                  Denise Carlon, Esquire
                                                  PA ID # 317226
                                                  KML Law Group, P.C.
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106-1532
                                                  (215) 627-1322