IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 23-70224-JAD |
| | ) | |
| SHONDA YVETTE BURGOS, | ) | Chapter 7 |
| a/k/a SHONDA YVETTE | ) | |
| WILLIAMS, | ) | Related to ECF Nos. 62 & 63 |
| | ) | |
| Debtor. | ) | |
| ──────────────────── X | | |
| | ) | |
| SHONDA YVETTE BURGOS, | ) | |
| a/k/a SHONDA YVETTE | ) | |
| WILLIAMS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| FLAGSTAR BANK, N.A., KML | ) | |
| LAW GROUP; NATIONSTAR | ) | |
| MORTGAGE, LLC d/b/a | ) | |
| MR. COOPER, | ) | |
| | ) | |
| Respondents. | ) | |
| ──────────────────── X | | |

## ORDER

AND NOW, this 30th day of September, 2025, for the reasons set forth in the *Memorandum Opinion* issued contemporaneously herewith, it is **HEREBY ORDER, ADJUDGED, AND DECREED** as follows:

a. The Debtor's *Motion to Reopen Case and For Relief* (ECF No. 62) is **DENIED**;

b. This bankruptcy case is to be **RE-CLOSED**; and

    c. A copy of this *Order* and the accompanying *Memorandum Opinion* shall be transmitted to the Honorable Stephanie L. Haines, United States District Judge for the Western District of Pennsylvania.

IT IS SO ORDERED.

Dated: September 30, 2025

                                              _____jlh_____
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

Case Administrator to mail to:

Ms. Shonda Yvette Williams a/k/a Shonda Yvette Burgos
Counsel of Record
The Honorable Stephanie L. Haines, United States District Judge
Lisa M. Swope, Chapter 7 Trustee
Office of the United States Trustee

FILED
9/30/25 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70224-JAD |
| Shonda Yvette Burgos | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shonda Yvette Burgos, 1516 3rd Avenue, Altoona, PA 16602-3608 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025                                        Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE HUNTINGTON NATIONAL BANK brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor FLAGSTAR BANK N.A. dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Office of the United States Trustee | |

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Sep 30, 2025 | Form ID: pdf900 | Total Noticed: 1

                    ustpregion03.pi.ecf@usdoj.gov

Sherri J. Smith
                    on behalf of Creditor FLAGSTAR BANK  N.A. ssmith@stradley.com, amautz@pincuslaw.com

TOTAL: 7