**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

                                        Bankruptcy Case No.: 23–70224–JAD

**Shonda Yvette Burgos
aka Shonda Yvette Williams**
  Debtor(s)

                                        Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Lisa M. Swope, Chapter 7 Trustee is discharged as trustee of the estate of the above named
Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: January 8, 2026

                                        Jeffery A. Deller
                                        United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Shonda Yvette Burgos

    Debtor

Case No. 23-70224-JAD

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: 129 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Shonda Yvette Burgos, 1516 3rd Avenue, Altoona, PA 16602-3608

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor THE HUNTINGTON NATIONAL BANK brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com

Denise Carlon
    on behalf of Creditor FLAGSTAR BANK  N.A. dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Lisa M. Swope, Chapter 7 Trustee
    on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Lisa M. Swope, Chapter 7 Trustee
    lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Office of the United States Trustee

District/off: 0315-7                         User: auto                                    Page 2 of 2

Date Rcvd: Jan 08, 2026                      Form ID: 129                              Total Noticed: 1

ustpregion03.pi.ecf@usdoj.gov

Sherri J. Smith

on behalf of Creditor FLAGSTAR BANK  N.A. ssmith@stradley.com, amautz@pincuslaw.com

TOTAL: 7